UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- x

HAMZA MANKOR,

Plaintiff,

-against-

CITY OF NEW YORK, et. al. Defendants.
---------------------------------------------------------------------- x

**NOTICE OF APPEARANCE**

26-CV-06693 (ER)

**PLEASE TAKE NOTICE** that **Jenell Renee Ellison**, Senior Counsel, hereby appears as counsel of record on behalf of the Corporation Counsel of the City of New York, Steven Banks, attorney for Defendant the City of New York, in this action, and requests that all papers and future notifications in this action be served upon the undersigned and copied to ecf@law.nyc.gov.

Dated: New York, New York
November 13, 2026

STEVEN BANKS
Corporation Counsel of the City of New York
*Attorney for Defendant City of New York*

By: /s/ Jenell Renee Ellison

Jenell Renee Ellison, Esq.
*Senior Counsel*
Special Federal Litigation
Division 100 Church Street
New York, NY 10007
(212) 356-2662
jeellison@law.nyc.gov

Cc: All Counsel of record (via ECF)